Clara S. J. McCracken, Respondent, v. John McCracken, Appellant.—

Concur — Stevens, P. J., Nunez, Kupferman, Steuer and Eager, JJ.